IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING/SCHEDULING CONFERENCE*

USA vs __RICHARD ALAN DAVIS__  Date: __February 12, 2016__

Case No. __2:15-CR-90__  Time __10:35 a.m.__  To __10:42 a.m.__
========================================================================
Honorable **CLIFTON L. CORKER**, U.S. Magistrate Judge, Presiding

| __KIM OTTINGER__ | __10:35:40-10:41:55__ | __J. CHRISTIAN LAMPE__ |
|---|---|---|
| Deputy Clerk | Tape/Court Reporter | Asst. U.S. Attorney |

========================================================================
DEFENDANT(s)                           DEFENSE ATTORNEY(s)

*RICHARD ALAN DAVIS                    TRAVIS MCCARTER   (PHONE)
*SAMUEL WYATT HUDSON                   MARSHA ARNURIUS   (PHONE)

**PROCEEDINGS:**

   **RE:  Defendant's Motion to Continue [Doc. 38]**
        **Defendant's Motion to Continue [Doc. 39]**

Opening statements by the Court

Statements by counsel as to Motion to Continue

No objections by government counsel


Dates selected for re-scheduling as follows:

   Trial __from 2/25/16 to  6/16/2016 @ 9:00 A.M.__
       before the Hon. **J. Ronnie Greer**

   Estimated length of trial __3 DAYS__

   PTC/Motion hearing __from    5/2/2016 @ 9:00 A.M.__ .
       before the Hon. **Clifton L. Corker**

   Motion cut-off __4/15/2016__

   Response deadline __4/29/2016__

   Plea Bargain cut-off __from 2/11/2016 to  6/2/2016__

Order to enter

*presence not required