| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:15-CR-90 |
| | ) | |
| RICHARD ALAN DAVIS | ) | |

## NOTICE OF INTENT TO CALL WITNESSES
## AT THE SENTENCING HEARING

Comes now the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and gives notice that the United States plans to call Drug Enforcement Administration (DEA) Task Force Officers Mike Commons, Shannon Kinser, and/or DEA Special Agent Todd Brewer as witnesses to testify at Richard Alan Davis' sentencing hearing, currently scheduled for September 12, 2016 at 1:30 p.m.

Respectfully submitted on September 1, 2016.

                                                Respectfully submitted,

                                                NANCY STALLARD HARR
                                                United States Attorney

                        By:    s/ *J. Christian Lampe*
                                                J. CHRISTIAN LAMPE
                                                Assistant U.S. Attorney
                                                220 West Depot Street, Ste. 423
                                                Greeneville, TN  37743
                                                423/639-6759

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016 a copy of the foregoing Response to Presentence Report was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other interested parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

                        By:    s/ *J. Christian Lampe*
                                  J. CHRISTIAN LAMPE
                                  Assistant U.S. Attorney