# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> RICHARD A. DAVIS, ) <br> ) <br> Defendant. ) | NO. 2:15-CR-90-1 |

## NOTICE OF APPEAL
## ON BEHALF OF DEFENDANT RICHARD ALAN DAVIS

Comes the Defendant, Richard Alan Davis, and files this Notice of Appeal by and through trial counsel in this matter and would show the Court as follows:

1. That this Honorable Court entered its judgment with regard to Defendant's sentence on November 14, 2016.

2. That the Court has since granted the Defendant an extension of time, making his Notice of Appeal deadline the 29th day of December, 2016.

3. That Defendant hereby gives notice that he wishes to appeal the judgment imposed against him in this matter as well as this Honorable Court's findings in this matter regarding application of all of the sentencing enhancements which this Court found applied to the Defendant's conduct in this case.

4. That undersigned Counsel was counsel for Defendant at the trial stage in this matter and is filing this motion on Defendant's behalf as Defendant has been transported numerous times since his sentencing date and cannot appeal this matter himself. Defendant has

1

not retained counsel for the appellate phase of these proceedings, cannot afford to hire counsel, and would ask that counsel be appointed to represent him on appeal.

RESPECTFULLY SUBMITTED this the 27th day of December, 2016.

Andrew E. Farmer, on behalf of
Richard Alan Davis, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

DATED this 27th day of December, 2016.

Andrew E. Farmer

2

Case 2:15-cr-00090-JRG-MCLC   Document 110   Filed 12/27/16   Page 2 of 2   PageID #: 1183